**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA STEPHEN FOX, *et al.*,<br><br>　　　　　　Defendants. | 2:18-cr-00382-RFB-VCF<br><br>**ORDER** |

　　　　Before the court is Defendant Joshua Stephen Fox's Motion for an Initial Appearance and to Unseal Proceedings and Memorandum Proceedings and Memorandum of Points and Authorities in Support of Pretrial Release (ECF No. 23).

　　　　Counsel was notified that ECF No. 23 did not comply with LR IC 2-2(b).  (ECF No. 24). Counsel refiled the requests as the Motion to Unseal Joshua's Stephen Fox' Proceedings (ECF No. 25) and Motion for Pretrial Release (ECF No. 26).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Defendant Joshua Stephen Fox's Motion for an Initial Appearance and to Unseal Proceedings and Memorandum Proceedings and Memorandum of Points and Authorities in Support of Pretrial Release (ECF No. 23) is STRICKEN.

　　　　DATED this 3rd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE